NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000392
04-JUN-2015
12:09 PM

NO. CAAP-15-0000392

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KEITH M. KANESHIRO, in his official capacity as the
Prosecuting Attorney of the City and County of Honolulu, on
behalf of the State of Hawaii, Plaintiff-Appellant,
vs.
FIFTEEN (15) PRODUCTS DIRECT MACHINES (TOTAL ESTIMATED VALUE
$52,500.00) SEVEN HUNDRED SEVENTY NINE DOLLARS IN UNITED STATES
CURRENCY ($779.00) (TOTAL AGGREGATE VALUE $53,279.00)
Defendant-Appellee,
and
PJY ENTERPRISES, Claimant-Appellee,
and
WINNER'Z ZONE; APRIL WHITING-HARAGUCHI; TRACY YOSHIMURA;
AND QUYENH NGUYEN, Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 14-1-0571)

ORDER OF CORRECTION
(By: Foley, Presiding Judge, for the court[1])

IT IS HEREBY ORDERED that the Order Dismissing Appeal

for Lack of Appellate Jurisdiction in Appellate Court Case Number

CAAP-15-0000392, filed on June 4, 2015, is hereby corrected as

follows:

---

[1] Foley, Presiding Judge, Leonard and Ginoza, JJ.

In the caption on the first page, the identification of the Claimants-Appellants is corrected to read:

**WINNER'Z ZONE; APRIL WHITING-HARAGUCHI; TRACY YOSHIMURA; AND QUYENH NGUYEN, Appellees**

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawaiʻi, June 4, 2015.

FOR THE COURT:

Presiding Judge